IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JERRY EUGENE KIRSCH, JR.                                              PLAINTIFF

v.                          No. 4:19-cv-914-DPM

ANDREW SAUL, Commissioner,
Social Security Administration                                        DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 14*, and overrules Kirsch's objections, *Doc. 15 & 16*. FED. R. CIV. P. 72(b)(3). The Commissioner's decision is affirmed, and the Court will dismiss Kirsch's complaint with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 May 2020