# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JERRY EUGENE KIRSCH, JR.                                    PLAINTIFF

v.                              No. 4:19-cv-914-DPM

ANDREW SAUL, Commissioner,
Social Security Administration                             DEFENDANT

## JUDGMENT

Kirsch's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge


5 May 2020