IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JERRY EUGENE KIRSCH, JR.                                          PLAINTIFF

v.                          No. 4:19-cv-914-DPM

ANDREW SAUL, Commissioner,
Social Security Administration                                    DEFENDANT

## ORDER

Motion to reconsider, *Doc. 19*, denied. There was no manifest error of law and Kirsch hasn't presented any newly discovered evidence. *Arnold v. ADT Security Services, Inc.*, 627 F.3d 716, 721 (8th Cir. 2010). His embedded request for a subpoena to dig up medical records is likewise denied because he could have handled that during the litigation. *Ibid.* The Court stands by its previous ruling dismissing the case with prejudice.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 June 2020